[No. 62708-2-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GIOVANNI BAZAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05572-4, Palmer Robinson, J., entered December 3, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 62766-0-I.   Division One.   September 28, 2009.]

RK PICTURE PERFECT PAINTING, INC., *Respondent*, v. JOHNSON DESIGN HOMES CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-25309-2, Michael J. Fox, J., entered November 24, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[No. 62786-4-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* ALBERT L. DELP, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62804-6-I.   Division One.   September 28, 2009.]

KANNAN M. KRISHNAN, *Appellant*, v. MATTHEW O'DONNELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-13595-1, Dean Scott Lum, J., entered December 23, 2008. *Remanded* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Dwyer, J.